## BATDORF *v.* DYKSTRA.

MORTGAGES— FORECLOSURE — EXCHANGE OF PROPERTY—FRAUD—
EVIDENCE.

On a bill to foreclose a mortgage given as part consideration
for an exchange of property, evidence examined, and *held*,
that defendant's allegations of fraud in the transaction were
not sustained.

Appeal from Kent; Perkins, J. Submitted January
16, 1907. (Docket No. 42.) Decided March 5, 1907.

Bill by Jacob C. Batdorf against John R. Dykstra and
another to foreclose a mortgage. From a decree for
complainant, defendants appeal. Affirmed.

*Dwight Goss*, for complainant.

*Holmes & Holmes*, for defendants.

CARPENTER, J. This is a suit brought to foreclose a
mortgage given by defendant John R. Dykstra and his
wife, since deceased, to complainant. This mortgage was
given as a part of a transaction whereby complainant
exchanged a farm, upon which the mortgage is given,
for a house and lot formerly owned by defendant Dykstra
in the city of Grand Rapids.

It is contended that complainant defrauded Dykstra in
this exchange and that the damages therefor exceeded
the amount secured by the mortgage. From testimony
taken in open court the learned trial judge decided that
no fraud was committed, and he therefore gave complainant a decree for the full amount of the mortgage indebtedness. An examination of the record convinces us that
he reached a correct conclusion.

The decree is therefore affirmed, with costs.

MCALVAY, C. J., and GRANT, HOOKER, and MOORE,
JJ., concurred.